FILED BY MM D.C.
JAN 2 5 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20033-CR-GAYLES/TORRES
_____

IN RE SEALED INDICTMENT
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing this motion, Indictment, arrest warrant, bond recommendation form, and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that this motion, Indictment, arrest warrants, bond recommendation forms, and Order shall be filed under seal until the arrest of the first defendant, or until further order of this Court. However, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of any motion, Indictment, arrest warrant, order, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in Miami, this 25 day of January 2023.

_____
HON. JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Elena Smukler