UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CR-20033-DPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN SAINT FORD,

    Defendant.

_____

### DEFENDANT'S OBJECTIONS
### TO THE PRESENTENCE INVESTIGATION REPORT

The Defendant, JEAN SAINT FORD, by and through his undersigned attorney, respectfully files his Objections to the [DE 144] Presentence Investigation Report (PSR), as follows:

1. On September 7, 2023, at the Change of Plea Hearing held on that date in this matter, Mr. Saint Ford, pursuant to a Plea Agreement [DE 116] entered into by the Parties and filed during the course of said Hearing, pled guilty to Count 1 (Conspiracy to Commit Access Device Fraud), Count 14 (Possession of 15 or more Unauthorized Access Devices) and Counts 15 through 20 (Aggravated Identity Theft) of the Indictment [DE 3].

2. The DRAFT Disclosure of PSR for Mr. Saint Ford [DE 144] was filed

Page **1** of **4**

on October 27, 2023.

3. Mr. Saint Ford's Sentencing Hearing is scheduled for November 28, 2023 at 11:30 A.M.

4. Mr. Saint Ford objects to the probation department's failure to recommend a two (2) level reduction to his guideline calculation pursuant to U.S.S.G. §4C1.1 as well as the allegation in paragraph 13 that Mr. Saint Ford was associated with a gang.

## **Failure to Apply Zero-Point Reduction Under §4C1.1**

Mr. Saint Ford objects to the probation department's failure to recommend a two (2) level reduction under U.S.S.G. §4C1.1. Mr. Saint Ford has zero criminal history points. He meets all of the criteria set out in U.S.S.G §4C1.1(a) and is thus entitled to an additional two (2) level reduction in his guideline calculation.

## **Objection to Paragraph 13**

Mr. Saint Ford objects to paragraph 13 which alleges that he was associated with the LVH gang.

**WHEREFORE**, Mr. Saint Ford respectfully requests that the Court sustain his foregoing objections to the PSR and sentence him to a reasonable

[Continued in next page]

sentence that takes into account the totality of the sentencing factors set forth in 18 U.S.C. §3553, for the foregoing reasons.

**DATED:** November 10, 2023.

> Respectfully submitted,
>
> **Donet, McMillan & Trontz, P.A.**
>
> By: /s/ David A. Donet, Jr.
> David A. Donet, Jr., Esq.
> Attorney for Defendant
> Florida Bar No.: 128910

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2023, the undersigned electronically filed the foregoing Defendant's Objections to the Presentence Investigation Report (PSR) with the Clerk of the Court using CM/ECF.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
David A. Donet, Jr., Esq.
Florida Bar No.: 128910
Attorney for Defendant
3250 Mary Street, Suite 406
Coconut Grove, Florida 33131
Telephone: (305) 444-0030
Fax: (305) 444-0039
Email: donet@dmt-law.com
Email: paralegals@dmt-law.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone 305-444-0030 • Fax 305-444-0039 •
www.dmt-law.com